**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

NOV 17 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

                    Plaintiff,

         vs.

DELIO DARIO ELIAS-RUIZ (1),

                    Defendant.

CASE NO. 11CR5098

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) on the Information of:

8:1324(a)(2)(B)(iii); 18:2

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 11/17/11

LOUISA S PORTER
UNITED STATES MAGISTRATE JUDGE

ENTERED ON _____